UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CASSANDRA GREENE and ELIZABETH GOFF, individually and on behalf of all other persons similarly situated who were employed by C.B. HOLDING CORP. d/b/a CHARLIE BROWN'S STEAKHOUSE; CHARLIE BROWN'S ACQUISITION CORP.; CHARLIE BROWN'S OF COMMACK, LLC; CHARLIE BROWN'S OF HOLTSVILLE, LLC; and/or any other entities affiliated with or controlled by C.B. HOLDING CORP. d/b/a CHARLIE BROWN'S STEAKHOUSE; CHARLIE BROWN'S ACQUISITION CORP.; CHARLIE BROWN'S OF COMMACK, LLC; CHARLIE BROWN'S OF HOLTSVILLE, LLC, <br><br>Plaintiffs, <br><br>- against - <br><br>C.B. HOLDING CORP. d/b/a CHARLIE BROWN'S STEAKHOUSE; CHARLIE BROWN'S ACQUISITION CORP.; CHARLIE BROWN'S OF COMMACK, LLC; CHARLIE BROWN'S OF HOLTSVILLE, LLC; and/or any other entities affiliated with or controlled by C.B. HOLDING CORP. d/b/a CHARLIE BROWN'S STEAKHOUSE; CHARLIE BROWN'S ACQUISITION CORP.; CHARLIE BROWN'S OF COMMACK, LLC; CHARLIE BROWN'S OF HOLTSVILLE, LLC; and SAMUEL BORGESE, <br><br>Defendants. | Docket No.: 10 cv 1094 (JBW)(CLP) <br><br>**DECLARATION OF CASSANDRA GREENE** |

Cassandra Greene, a Named Plaintiff in this action, hereby affirms under penalty of perjury that:

1. I reaffirm the statements I made in the Affidavit dated June 14, 2010.

2. I worked for and was paid by the Charlie Brown's Restaurant located in Holtsville and Commack, New York as a hostess.

3. On two occasions, I observed James Wallmuller, a Manager at the Holtsville store, put tip out money directly into his wallet.

4. On one occasion, I observed James Wallmuller access employee time records and change the records to make it look as if certain employees worked fewer hours than they actually did. During this incident, James was on the phone with Kevin Murray, at that time our General Manager. Kevin Murray directed James to change the hours for these employees

because these employees worked too many hours over 40 that week. I know that Kevin Murray was on the phone and directed James to do this because James told me so.

5. I sincerely hope this Court grants Plaintiffs' motion to send a notice to other Charlie Brown employees who are owed unpaid wages, just like me. Charlie Brown's exploited me and my co-workers, and it is my hope that we will be permitted to recover wages that we are owed.

Dated: New York, NY
July 20, 2010

/Cassandra Greene