US MAGISTRATE JUDGE CHERYL L. POLLAK     DATE: 10/7/10

TIME SPENT: _____

DOCKET NO. 10 cv 1094

CASE: Green v C B Holding

____ INITIAL CONFERENCE     ✓ OTHER/STATUS CONFERENCE
____ DISCOVERY CONFERENCE     ____ FINAL/PRETRIAL CONFERENCE
____ SETTLEMENT CONFERENCE     ✓ TELEPHONE CONFERENCE
____ MOTION HEARING     ____ ORAL ARGUMENT

**MANDATORY DISCLOSURE:**

____ COMPLETED     ____ DATE TO BE COMPLETED BY

**FOR PLAINTIFF:** _____

**FOR DEFENDANT:** _____

____ DISCOVERY TO BE COMPLETED BY _____

____ NEXT CONFERENCE SCHEDULED FOR _____

____ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY: _____     DEF. TO SERVE PL. BY: _____

**RULINGS:**

In accordance with earlier order, notice to be sent by 11/1

Pre class certification discovery disputes to be submitted by letter to court

Depositions by 12/3

Conference 1/5 at 9:30